IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PRECISION IBC, INC.,  :
:
    Plaintiff,  :
:
VS.  :  CIVIL ACTION NO. 10-00682-CG-B
:
PCM CAPITAL, LLC, *et al.,*  :
:
    Defendants.  :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 153) be **DENIED** with respect to Plaintiff's false advertising claim under the Lanham Act and Plaintiff's conspiracy claim, and **GRANTED** with respect to Plaintiff's defamation claim.[1] Additionally, Plaintiff's Motion to Strike Defendants' Exhibits 5 through 11 (Doc. 176) is **GRANTED**.

**DONE** and **ORDERED** this 10th day of November, 2011.

                                                   /s/   Callie V. S. Granade
                                                   UNITED STATES DISTRICT JUDGE

---

[1] It appears that this portion of the R&R is MOOT, as the plaintiff has voluntarily dismissed the defamation claim.